1  HARVEY SISKIND LLP
   LAWRENCE J. SISKIND (SBN 85628)
2  Email:  siskind@harveysiskind.com
   JANE A. LEVICH (SBN 293299)
3  Email: jlevich@harveysiskind.com
4  Four Embarcadero Center, 39th Floor
   San Francisco, California 94111
5  Telephone:  (415) 354-0100
   Facsimile:  (415) 391-7124
6
7  ECKERT SEAMANS CHERIN & MELLOTT, LLC
   ROBERTA JACOBS-MEADWAY (*pro hac vice* pending)
8  Email:  rjacobsmeadway@eckertseamans.com
   JOSHUA L. KIRSCH (*pro hac vice* pending)
9  Email:  jkirsch@eckertseamans.com
   Two Liberty Place
10 50 South 16th Street, 22nd Floor
   Philadelphia, PA 19102
11 Telephone:  (215) 851-8400
12 Facsimile:  (215) 851-8383
13 Attorneys for Plaintiff
   BIOGEN IDEC MA INC.
14
15
16              **IN THE UNITED STATES DISTRICT COURT**
17          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
18
19 BIOGEN IDEC MA INC.,                    Case No.
20              Plaintiff,          **COMPLAINT FOR TRADEMARK**
                                    **INFRINGEMENT AND UNFAIR**
21   v.                            **COMPETITION**
22 LLOYD TRAN and NEUROBIOGEN, LLC,
23              Defendants.
24
25
26
27
28
   COMPLAINT FOR TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION

1    This is an action for trademark infringement and unfair competition pursuant to the Lanham

2    Act, 15 U.S.C. §§ 1114, 1121, and 1125(a).

3    **PARTIES**

4    1.    Plaintiff, Biogen Idec MA Inc. ("Biogen") is a Massachusetts corporation having an

5    address of 14 Cambridge Center, Cambridge, MA  02142 ("Biogen").

6    2.    Upon information and belief, Defendant, Mr. Lloyd Tran ("Tran"), is an individual

7    having a business address of NASA Research Building 19-1076, P.O. Box 58, Moffett Field, California

8    94035 and/or NASA Research Building 19-1076, P.O. Box 151, Moffett Field, California 94035 and/or

9    5910 Allen Ave., San Jose, California 95123.

10    3.    Upon information and belief Defendant, NEUROBIOGEN, LLC is a California limited

11    liability company, which is controlled and directed by Tran sharing the same business address(es) as

12    Tran.  NEUROBIOGEN, LLC and Tran are collectively referred to as NEUROBIOGEN unless the

13    context indicates otherwise.

14    **JURISDICTION AND VENUE**

15    4.    NEUROBIOGEN is doing business in commerce under the NEUROBIOGEN mark and

16    name and through the website located at http://www.neurobiogen.com in California and in commerce in

17    the United States.

18    5.    This Court has jurisdiction of the subject matter of this action pursuant to 15 U.S.C.

19    § 1121 and 28 U.S.C. §§ 1331, 1338.

20    6.    Venue is proper in this District pursuant to 28 U.S.C. § 1391.

21    **INTRADISTRICT ASSIGNMENT**

22    7.    This is an intellectual property action and therefore shall be assigned on a district-wide

23    basis per Civil L.R. 3-2(c).

24    **COUNT I – FEDERAL TRADEMARK INFRINGEMENT - 15 U.S.C. § 1114**

25    8.    Biogen, itself and through its predecessors in interest and in title and related companies

26    (hereinafter "Biogen") is and has been engaged in research and development of pharmaceutical

27    preparations, medical devices and medical diagnostic reagents for more than thirty years, and has built a

28    large and successful business in connection therewith.

-1-

1    9.      Biogen has used BIOGEN as a mark and name and as the dominant element of marks

2    and names in the U.S. continuously for more than thirty years.  Material showing this use is attached

3    hereto as **Exhibit A**.  Biogen is commonly referred to by the relevant public and trade and is well known

4    as "Biogen."  See the material attached as **Exhibit B** hereto.

5    10.     BIOGEN has been used extensively, continuously, and substantially exclusively as a

6    mark and name and as the first and dominant component of the BIOGEN IDEC marks and names in

7    connection with pharmaceutical research, the development of pharmaceutical products and medical

8    devices and medical diagnostic reagents since long prior to any acts of NEUROBIOGEN complained of

9    herein.

10   11.     Biogen is and has long been recognized in the relevant trade and public, as a maker of

11   pharmaceutical products in connection with the care and treatment of Multiple Sclerosis ("MS"), as well

12   as a provider of other support services in connection with MS.  By way of example only, Biogen's

13   AVONEX treatment has the most experience for relapsing forms of MS worldwide, and first appeared

14   (as a mark and name) in commerce no later than May 1996.  See **Exhibit C** attached hereto.  Biogen's

15   TYSABRI treatment, approved for relapsing forms of MS in the United States, first appeared (as a mark

16   and name) in commerce, no later than November 2004.  See **Exhibit D** attached hereto.  Additionally,

17   Biogen's http://www.msactivesource.com website, which helps people with MS live better, was created

18   in or about January 2000.  See **Exhibit E** attached hereto.

19   12.     Since long prior to any activity of NEUROBIOGEN complained of herein, Biogen's use

20   of the BIOGEN and BIOGEN IDEC marks and names in connection with pharmaceutical preparations

21   and related products and services has been continuous, commercially significant and substantially

22   exclusive.

23   13.     Biogen's BIOGEN and BIOGEN IDEC marks and names are inherently distinctive as

24   applied to its pharmaceutical preparations and related products and services and business.

25   14.     By virtue of Biogen's use in commerce of its BIOGEN and BIOGEN IDEC marks and

26   names in connection with such pharmaceutical preparations and related products and services and

27   business, such pharmaceutical preparations and related products and services and business have become

28

COMPLAINT FOR TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION

1 well and favorably known to the relevant trade and public under the BIOGEN and BIOGEN IDEC

2 marks and names.

3         15.     Biogen is the owner of numerous federal registrations for its BIOGEN and BIOGEN

4 IDEC marks including U.S. Registration Nos. 2,099,409; 3,265,462; 3,165,812; 3,382,316; 3,509,066;

5 and 3,251,473. True and correct copies of Biogen's federal trademark registrations, as found on the U.S.

6 Patent & Trademark Office website are attached hereto as **Exhibit F**.

7         16.     NEUROBIOGEN did not register to do business in California before January 09, 2012.

8 See **Exhibit G** attached hereto.

9         17.     The domain name neurobiogen.com was not secured by Tran prior to December 24,

10 2011. See **Exhibit H** attached hereto.

11         18.     NEUROBIOGEN, LLC, under the direction and control of Tran, is using

12 NEUROBIOGEN as a name and mark and as the dominant component of a name and mark and domain

13 name in connection with its business in California where it is promoting itself as a "bio-pharmaceutical

14 company committed to the discovery and development of new drugs to treat diseases for which there is

15 significant unmet medical need." It indicates that its first drug candidate is a "neuroprotective agent for

16 treatment of … Multiple Sclerosis." See **Exhibit I** attached hereto.

17         19.     Use of NEUROBIOGEN as a mark and name and dominant component of a mark and

18 name and domain name in connection the promotion, development, marketing, and sale of

19 pharmaceutical preparations, particularly those directed to treatment of MS is likely to cause confusion

20 as to source, sponsorship or affiliation with Biogen based on Biogen's prior and extensive use of its

21 BIOGEN and BIOGEN IDEC marks and names in connection with its products and services and

22 business.

23         20.     The designation NEUROBIOGEN is confusingly similar to Biogen's BIOGEN and

24 BIOGEN IDEC marks and names in sound, appearance and commercial impression.

25 NEUROBIOGEN's marks and names and domain name feature "BIOGEN" as an integral, phonetic and

26 visual component. Moreover, the word "NEURO" is a generic term and does nothing to mitigate the

27 likelihood of confusion as to source, sponsorship or affiliation based on Biogen's prior and extensive use

28

COMPLAINT FOR TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION

1  of its registered BIOGEN and BIOGEN IDEC marks and its Biogen names in connection with its

2  products and services and business.

3      21.     Defendants display the NEUROBIOGEN name on their website in such a way as to

4  emphasize BIOGEN, by displaying the generic term "NEURO" in white, while drawing attention to the

5  word "BIOGEN," displayed in orange. This deliberate presentation serves to augment the likelihood of

6  confusion, mistake, or deception, between the goods and services of Defendants with those of Plaintiff,

7  or as to whether there is any affiliation or other relationship between them. *See*, **Exhibit I**.

8      22.     The services and products offered by Defendants under the NEUROBIOGEN marks and

9  names and domain name, or which Defendants represent as intended to be offered under the

10  NEUROBIOGEN marks and names and domain name, are closely related to the products sold and

11  services rendered by Biogen under its registered BIOGEN and BIOGEN IDEC marks and names and

12  particularly, the development and sale of pharmaceutical preparations intended for the treatment of MS.

13      23.     Use of NEUROBIOGEN by Defendants is likely to cause confusion or mistake as to the

14  source or sponsorship of its products and services business and as to its affiliation with Biogen.

15      24.     Use of NEUROBIOGEN by Defendants is accordingly in violation of Biogen's rights in

16  its registered BIOGEN and BIOGEN IDEC marks pursuant to 15 U.S.C. § 1114.

17      25.     Biogen has no adequate remedy at law. The acts and activities of NEUROBIOGEN

18  complained of herein deprive Biogen of control over its reputation and goodwill, which constitutes

19  irreparable injury.

20      26.     The continued acts and activities of NEUROBIOGEN complained of herein constitute

21  willful acts of infringement in derogation of Biogen's rights in its federally registered trademarks.

22      27.     On January 21, 2015, counsel for Biogen wrote to NEUROBIOGEN and demanded that

23  NEUROBIOGEN cease its infringing conduct; NEUROBIOGEN has not responded to this

24  communication and has done nothing to comply. See **Exhibit J** attached hereto.

25  ///

26  ///

27

28

COMPLAINT FOR TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION

1

**COUNT II – FEDERAL UNFAIR COMPETITION - 15 U.S.C. § 1125(a)**

2      28.     The allegations of the preceding paragraphs of the Complaint are incorporated herein by

3   reference.

4      29.     Biogen has for more than thirty years used BIOGEN and then, and additionally,

5   BIOGEN IDEC as a name and a mark and as the dominant components of names and marks in

6   connection with its business and products and services.

7      30.     The NEUROBIOGEN names and marks and domain name complained of herein are

8   confusingly similar to the BIOGEN and BIOGEN IDEC marks and names in sound, appearance and

9   commercial impression.  The use of NEUROBIOGEN, which features "BIOGEN" as an integral

10  phonetic and visual component, merely prefaced with the generic term, "NEURO," falsely suggests that

11  the Defendants are related to or affiliated with Biogen.  That Defendants' marks, name, and domain

12  name incorporate the whole of the "Biogen" name and BIOGEN mark and only append to them the

13  generic term "NEURO," which identifies one aspect of Biogen's business and products only aggravates

14  the likelihood of confusion.

15     31.     The products and services offered or represented as intended to be offered by

16  NEUROBIOGEN are closely related to the business, products and services of Biogen conducted, sold

17  and rendered under the BIOGEN and BIOGEN IDEC marks and names, most notably in connection

18  with the development and sale of pharmaceutical preparations directed to the treatment of MS.

19     32.     Use of NEUROBIOGEN by Defendants as a mark and name and component of marks

20  and names and a domain name in connection with the promotion, development, marketing, and sale of

21  pharmaceutical preparations and any related products and services and business, is likely to cause

22  confusion as to the source or sponsorship of NEUROBIOGEN's products and services and as to the

23  affiliation of NEUROBIOGEN with Biogen.

24     33.     Use of NEUROBIOGEN by Defendants is likely to mislead persons in the relevant trade

25  and public as to the nature, characteristics, or qualities of the products of Defendants, based on the

26  confusing similarity of Defendants' names and marks and domain name to the BIOGEN and BIOGEN

27  IDEC names and marks.

28

COMPLAINT FOR TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION

1      34.     The acts and activities of NEUROBIOGEN complained of herein constitute false and

2  misleading designations of origin and false and misleading representations in violation of 15 U.S.C.

3  § 1125(a).

4      35.     Biogen has no adequate remedy at law.

5      36.     The acts and activities of NEUROBIOGEN complained of herein deprive Biogen of

6  control over its reputation and goodwill, which constitutes irreparable injury.

7      37.     The acts and activities of NEUROBIOGEN complained of herein were and are

8  undertaken willfully, with knowledge of Biogen 's prior rights, and in bad faith.

9                  **PRAYER FOR RELIEF**

10     **WHEREFORE**, Biogen Idec MA Inc. prays for an Order that Lloyd Tran and

11  NEUROBIOGEN, LLC:

12     1.  Be permanently enjoined from all use of NEUROBIOGEN and any other name or mark

13  which contains or comprises BIOGEN as a mark or name or component of a mark or name or domain

14  name on or in connection with any pharmaceutical preparations or related products or services, or

15  business, including but not limited to the development, marketing, and sale of pharmaceutical

16  preparations for the treatment of MS;

17     2.     Be directed to deliver up to the Court for destruction all print and all other promotional

18  materials which refer to NEUROBIOGEN as a mark or name or component of a mark or name or

19  domain name;

20     3.     Be directed to cancel all domain names, corporate name and fictitious name registrations

21  for any names in the United States which contain or comprise BIOGEN as an element;

22     4.     Be directed to account and pay over to Biogen all profits derived by it in the United

23  States under the NEUROBIOGEN mark and name and domain name;

24     5.     Be directed to pay to Biogen the costs of this action and its reasonable attorneys' fees

25  pursuant to 15 U.S.C. § 1117; and

26  ///

27  ///

28

COMPLAINT FOR TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION

1    6.    Biogen Idec MA Inc. further prays that it have such other and further relief as this

2  Court may deem warranted.

3

4  Dated:  February 17, 2015                    Respectfully submitted,

5

6                                              HARVEY SISKIND LLP
                                              LAWRENCE J. SISKIND
7                                              JANE A. LEVICH

8                                              ECKERT SEAMANS CHERIN & MELLOTT, LLC
                                              ROBERTA JACOBS-MEADWAY
9                                              JOSHUA L. KIRSCH

10

11                                            By:  _____/s/_____
                                                       Jane A. Levich
12

13                                            Attorneys for Plaintiff
                                              BIOGEN IDEC MA INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION